**Order entered February 13, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00143-CV

**JACKIE LYN TAYLOR, L.V.N. FORMER EMPLOYEE OF BROOKDALE SENIOR LIVING PLANO, Appellant**

**V.**

**SHERRIE SAMARI, INDIVIDUALLY AND AS HEIR TO AND REPRESENTATIVE OF THE ESTATE OF FRANK ALLEN PONATH, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-02029-2018**

## ORDER

Before the Court is court reporter Sheri J. Vecera's February 12, 2019 request for extension of time to file the record. We **GRANT** the extension request and **ORDER** the record be filed no later than February 19, 2019.

/s/      KEN MOLBERG
             JUSTICE